IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLACK, VINCENT CASTEN, KEVIN CONDE, VIANEY GUADARRAMA JR., DENNIS HAUCK, JOSHUA HENDRICKSON, JOSHUA McVAY, BRAD MINTON, JOHN OSBOURN, GEOFFREY PAGE, KERI SACHS, BART SANTTI, SHAWN SCOTT, CHERYL SHEPPARD, JERI SPRAGUE, MICHAEL STOUT, acting for themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Marysville,<br><br>    Defendant. | CASE NO.   06-CV-1104-GEB-PAN<br><br>**[PROPOSED] ORDER SENDING OUT OPT-IN NOTICE TO SIMILARLY SITUATED INDIVIDUALS**<br><br><br>Before Hon. Judge Garland E. Burrell, Jr. |

WHEREAS, Plaintiffs Christopher Black, *et al.*, and defendant City of Marysville have stipulated and agreed to a procedure for sending out a opt-in notice to similarly situated individuals; and

WHEREAS, this agreement to provide these names, for notice purposes only, will not constitute an admission by Defendant that all persons provided on the list are similarly situated for the purposes of opting-in to the above entitled cause of action; and

WHEREAS, Defendant retains the right to litigate whether any person receiving the proposed "Notice" is "similarly situated";

IT IS HEREBY ORDERED as follows:

1. The language of the proposed notice (attached hereto, as Exhibit A) is approved as fair and accurate.

2. Plaintiffs' counsel is authorized to mail the proposed notice to all persons who were Marysville Peace Officers and Dispatchers, including Sergeants, employed by Defendant at any time from May 19, 2003 until present.

3. To be timely filed, Consent to Be Included as a Plaintiff forms must be filed with the Court no later than April 30, 2007. The time for filing a Consent to Be Included as a Plaintiff form with the Court shall only be extended upon a showing of good cause.

4. Within 30 days of the date of this ORDER, the City of Marysville shall produce to Plaintiffs a list containing the names and work addresses of all persons who were, Marysville Peace Officers and Dispatchers, including Sergeants, employed by Defendant at any time from May 19, 2003 until present so that notice may be accomplished.

IT IS SO ORDERED.

DATED: February 6, 2007

_____
HONORABLE GARLAND E. BURRELL JR.
UNITED STATES DISTRICT COURT JUDGE