IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLACK, VINCENT CASTEN, KEVIN CONDE, VIANEY GUADARRAMA JR., DENNIS HAUCK, JOSHUA HENDRICKSON, JOSHUA McVAY, BRAD MINTON, JOHN OSBOURN, GEOFFREY PAGE, BART SANTTI, SHAWN SCOTT, CHERYL SHEPPARD, JERI SPRAGUE, MICHAEL STOUT, acting for themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Marysville,<br><br>    Defendant. | CASE NO.   06-CV-1104-GEB-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF KERI SACHS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff, KERI SACHS, dismisses her action against Defendant CITY OF MARYSVILLE, in the above titled matter, with prejudice. Neither the remaining Plaintiffs or Defendant intend this dismissal to act as a retraxit with respect to any other Plaintiff.

\\\

\\\

1
2   Dated: June __, 2007                    **MASTAGNI, HOLSTEDT, AMICK,**
                                            **MILLER, JOHNSON & UHRHAMMER**
3
4
                                            _____
5
                                            WILL M. YAMADA
6                                           Attorneys for Plaintiffs
7
8
    Dated: June __, 2007                    **ANGELO, KILDAY & KILDUFF**
9
10
                                            _____
11
                                            J. SCOTT SMITH
                                            Attorneys for Defendants
12
13
    IT IS SO ORDERED.
14
    Dated:  July 24, 2007
15

16
                                            _____
17                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS PLAINTIFF                                    *Black, et al. v. City of Marysville*
KERI SACHS WITH PREJUDICE           -2-                   Eastern District Court Case No.: C 06-1104