IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLACK, VINCENT CASTEN, KEVIN CONDE, VIANEY GUADARRAMA JR., DENNIS HAUCK, JOSHUA HENDRICKSON, JOSHUA McVAY, BRAD MINTON, JOHN OSBOURN, GEOFFREY PAGE, BART SANTTI, SHAWN SCOTT, CHERYL SHEPPARD, JERI SPRAGUE, MICHAEL STOUT, acting for themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>City of Marysville,<br><br>                Defendant. | CASE NO.   06-CV-1104-GEB-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF JERI SPRAGUE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff, JERI SPRAGUE, dismisses her action against Defendant CITY OF MARYSVILLE, in the above titled matter, with prejudice. Neither the remaining Plaintiffs or Defendant intend this dismissal to act as a retraxit with respect to any other Plaintiff.

\\\

\\\

| | |
|---|---|
| Dated: June __, 2007 | **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSON & UHRHAMMER** |
| | _____ |
| | WILL M. YAMADA<br>Attorneys for Plaintiffs |
| Dated: June __, 2007 | **ANGELO, KILDAY & KILDUFF** |
| | _____ |
| | J. SCOTT SMITH<br>Attorneys for Defendants |

IT IS SO ORDERED.

Dated: July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge