CAROLEE G. KILDUFF, ESQ., SB No. 107232
J. SCOTT SMITH, ESQ., SB No. 151163
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant
CITY OF MARYSVILLE

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BLACK, VINCENT CASTEN, KEVIN CONDE, VIANEY GUADARRAMA JR., DENNIS HAUCK, JOSHUA HENDRICKSON, JOSHUA McVAY, BRAD MINTON, JOHN OSBOURN, GEOFFREY PAGE, KERI SACHS, BART SANTTI, SHAWN SCOTT, CHERYL SHEPPARD, JERI SPRAGUE, MICHAEL STOUT, acting for themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MARYSVILLE, <br><br> Defendant. | Case No.: 06-CV-01104-GEB-EFB <br><br> **ORDER** |

Defendant, City of Marysville has filed an *ex parte* application to continue the hearing on plaintiff's discovery motion, set for Wednesday, September 19, 2007, due to the impending caesarian section surgery scheduled that same date for defense counsel's wife.  Defense counsel requests that the date be continued to October 3, 2007.  When contacted by the court regarding whether or not plaintiff intended to file an opposition to the *ex parte* application, plaintiff informed the court that he was working with defense counsel to reach an agreement continuing

1  the hearing to a date other than October 3, 2007, due to scheduling difficulties.  Soon thereafter,
2  the parties filed a stipulation, signed by counsel for both parties, stipulating to and requesting
3  continuation of the hearing to October 10, 2007, at 10:00 a.m. before the undersigned.
4       Good cause appearing, the September 19, 2007, hearing on plaintiff's motion is
5  continued to October 10, 2007, at 10:00 a.m. before the undersigned.  By that stipulation, the
6  parties also seek to modify various dates in the scheduling order.  Pursuant to the scheduling
7  order issued by Judge Garland E. Burrell, Jr. on September 6, 2006, that order shall not be
8  modified except with leave of court upon a showing of good cause.  It further cautions counsel
9  that "a mere stipulation by itself to change dates does not constitute good cause."  Because the
10 parties' request to modify the scheduling order is not properly before this court, it is denied.
11      SO ORDERED.

13 DATED:  September 18, 2007

15      EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE