DAVID E. MASTAGNI, ESQ.  (SBN 204224)
WILL M. YAMADA, ESQ.  (SBN 226669 )
JAMES B. CARR , ESQ.  (SBN 53274)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLACK, VINCENT CASTEN, KEVIN CONDE, VIANEY GUADARRAMA JR., DENNIS HAUCK, JOSHUA HENDRICKSON, JOSHUA McVAY, BRAD MINTON, JOHN OSBOURN, GEOFFREY PAGE, KERI SACHS, BART SANTTI, SHAWN SCOTT, CHERYL SHEPPARD, JERI SPRAGUE, MICHAEL STOUT, acting for themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARYSVILLE, <br><br> Defendant. | Case No.: 06-CV-1104-GEB-EFB <br><br> **ORDER CONTINUING HEARING DATE REGARDING DISCOVERY DISAGREEMENT** <br><br> **Date:** **October 10, 2007** <br><br> **Time:** **10:00 a.m.** <br><br> **Courtroom:** **25** |

Good cause appearing and the parties hereby having stipulated,

**IT IS HEREBY ORDERED** that the current hearing date of October 10, 2007, at 10:00 a.m. in Department 25,  is continued to October 24, 2007 at 10:00 a.m. in Department 25.

Dated: October 4, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING HEARING
DATE REGARDING DISCOVERY DISAGREEMENT

*Black, et al. v. City of Marysville*
Eastern District Court. Case No. 06-CV-1104-GEB-EFB

1