IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BLACK, et al.,

    Plaintiffs,                                    No. CIV S-06-1104 GEB EFB

    vs.

CITY OF MARYSVILLE,

ORDER

    Defendant.

                                /

       This case was before the undersigned on October 24, 2007, for hearing on plaintiffs' motion to compel defendant's responses to requests for production of documents. Plaintiffs also sought monetary sanctions pursuant to Fed. R. Civ. P. 37(a)(4) in the amount of $5,000.00. The court granted plaintiffs' motion but directed plaintiffs' counsel to submit a bill of costs to justify the amount of sanctions requested in the motion.

       Counsel submitted its itemized cost bill on November 7, 2007. However, rather than explain with time sheets the $5,000 initially requested, defendants have instead submitted a new request in the amount of $14,832.00 in attorneys' fees and $1,323.00 in paralegal fees (a total of $16,155.00). The new request is denied.

       The amount originally sought in the motion necessarily concedes that an award in excess of $5,000 is not appropriate. Presumably that amount was sought because plaintiffs determined

1

1   it was an amount reasonably necessary to address the defendant's failure to provide the

2   documents without resort to a motion.  Although plaintiffs' counsel appeared at the hearing after

3   filing the motion and supporting papers, there was nothing extraordinary about the hearing that

4   warrants a substantial increase of hours billed or fees sought beyond the amount originally

5   requested.

6        Pursuant to Fed. R. Civ. P. 37(a)(4), if a discovery motion is granted or if the requested

7   discovery is provided after the motion was filed:

> the court shall, after affording an opportunity to be heard, require the party . . . whose conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust.

13  Here, plaintiffs' motion was granted, and counsel has submitted a lengthy cost bill for

14  fees associated with this discovery dispute, commencing in February 2007 and continuing to

15  through November 2007.  Counsel asks the court to reimburse it for time spent by five attorneys

16  whose rates vary from $175.00 per hour to $250.00 per hour, and for paralegal time at a rate of

17  $100.00.  The court finds that the amount initially sought, $5,000, is adequate.  The court further

18  finds that plaintiffs sustained costs of at least that amount and those costs were reasonably

19  incurred as a result of having to file the motion.

20       Accordingly, the court orders defendant to pay plaintiffs $5,000 for fees and costs

21  incurred in making the discovery motion addressed in this court's October 24, 2007, order.

22       SO ORDERED.

23  DATED:  November 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2